IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUAN ITALO BRANDTI,

   Petitioner,

v.             Case No.  5D16-866

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed April 1, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and
Darlene J. Rollins, Assistant Public
Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

  The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 25, 2016, judgment and sentence in Case No. 15-CF-003561-A-OS, in the Circuit Court in and for Osceola County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

  PETITION GRANTED.


LAWSON, C.J., ORFINGER, EVANDER, JJ., concur.